LINDA CLAXTON, State Bar No. 125729                    ENTER JS-6
linda.claxton@ogletreedeakins.com
BRANDYN E. STEDFIELD, State Bar No. 225357
brandyn.stedfield@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
Telephone:   (213) 239-9800
Facsimile:   (213) 239-9045

Attorneys for Defendant
RBC CAPITAL MARKETS CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LISA CARTER,<br><br>                    Plaintiff,<br><br>          v.<br><br>RBC CAPITAL MARKETS<br>CORPORATION,<br><br>                    Defendant. | Case No. 2:09-CV-06252-R-AGR<br><br>**JUDGMENT** |

RBC Proposed
Judgment-

1      This action came on for hearing before the Court, on April 19,2010, the Hon.

2  Manuel L. Real, District Judge Presiding, on a Motion for Summary Judgment, and

3  the evidence presented having been fully considered, the issues having been duly

4  heard and a decision having been duly rendered,

5      IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the

6  action be dismissed on the merits and that defendant, RBC Capital Markets

7  Corporation, recover its costs.

8

9  DATED:  May 18, 2010       By: _____

10                            Honorable Manuel L. Real
                                  United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28